children in a divorce action.)  Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

JERRY BENSON, an Infant, by EDWIN R. BENSON, His Guardian ad Litem, Respondent, v. HOTEL ONONDAGA OPERATING COMPANY, INC., Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, upon the ground that the finding of the jury, implicit in its verdict that the defendant had knowledge of the custom of the infant-plaintiff and others to play volley ball in the ballroom, is against the weight of the evidence.  All concur.  (The judgment is for plaintiff in a negligence action.)  Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

EDWIN R. BENSON, Respondent, v. HOTEL ONONDAGA OPERATING COMPANY, INC., Appellant.— Same decision and like cause of action as in companion case of *Benson* v. *Hotel Onondaga Operating Co. (ante,* p. 971, decided herewith). Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

KESHISHIAN BROS., INC., Appellant, v. ROBERT DEVERIAN, Respondent.— Order modified by granting the examination of defendant before trial as to items 14 and 15 and as so modified affirmed, without costs of this appeal to either party.  All concur.  (The order grants defendant's motion to vacate notice of examination before trial and vacates a subpœna duces tecum served on defendant.)  Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD GILL, Appellant.— Judgment of conviction affirmed.  All concur.  (The judgment convicts defendant of the crime of grand larceny, first degree.)  Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

PHILIP NAKRACH, Appellant, v. GREAT AMERICAN INDEMNITY COMPANY, Respondent.— Judgment affirmed, with costs.  All concur.  (The judgment dismisses plaintiff's complaint in an action under a burglary insurance policy.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

In the Matter of the Estate of CEDRIC L. LLOYD, Deceased.  BEATRICE L. CHASE, Respondent; HELEN S. LLOYD, Appellant.— Decree and order affirmed, with costs.  All concur.  (The decree revokes letters of administration and directs the filing of an account of the proceedings of the administratrix.  The order denies a motion by the administratrix to dismiss the proceedings.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.  [See *post,* p. 1089.]

FRED NEUMANN, Respondent, v. ABELOVE'S LAUNDRY, INC., et al., Appellants.— Judgment and order affirmed, with costs.  All concur.  (The judgment is for plaintiff in an automobile negligence action.  The order denies a motion for a new trial.)  Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

NATHAN H. GRAY, Appellant, v. ROY B. DAILEY et al., Respondents.  In the Matter of ROY B. DAILEY et al., Respondents, against NATHAN H. GRAY, Appellant.— Judgment and final order affirmed, with costs.  All concur.  (The judgment and final order dismiss the complaint in an action for specific performance and grant the landlords' petition for possession of the premises.)  Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

THELMA CLAYTON, Appellant, v. RYNDALE CORPORATION, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the record presented a question of fact for the jury.  All concur, except Love, J., who dissents and votes for affirmance.  (The judgment dismisses plaintiff's complaint in a negligence action.)  Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.